Present — Del Vecchio, J. P., Marsh, Witmer and Henry, JJ.

LISA MARQUART, Respondent, v. COUNTY OF ERIE, Appellant. (Appeal No. 1.)

Present — Del Vecchio, J. P., Marsh, Witmer and Henry, JJ.

LISA MARQUART, Respondent, v. COUNTY OF ERIE, Appellant. (Appeal No. 2.)

Present — Del Vecchio, J. P., Marsh, Witmer and Henry, JJ.

HENRY BLOOM, Respondent, v. SARAH BLOOM, Individually and as Administratrix of the Estate of BENJAMIN BLOOM, Deceased, et al., Appellants. (2 Actions.) ARNOLD CONSTRUCTION CO. INC., Plaintiff, v. HENRY BLOOM et al., Respondents.—